AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF ____WESTERN ARKANSAS____

| UNITED STATES OF AMERICA | **JUDGMENT OF ACQUITTAL** |
|---|---|
| V. | |
| MELVIN LYNN ROBINSON | CASE NUMBER:   06-50059-002 |

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

JIMM LARRY HENDREN,  U.S. DISTRICT JUDGE
Name and Title of Judge

3/15/07
Date

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 1 5 2007

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK