AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF WESTERN ARKANSAS

UNITED STATES OF AMERICA

V.

MELVIN LYNN ROBINSON

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 06-50059-002

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

Signature of Judge

JIMM LARRY HENDREN, U.S. DISTRICT JUDGE
Name and Title of Judge

3/15/07
Date

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 1 5 2007

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK